RECEIVED

AUG 0 1 2025

US DISTRICT COURT
MID DIST TENN

**STATE OF ILLINOIS
PRISONER REVIEW BOARD**
James Montgomery, Executive Director

## *PRISONER REVIEW BOARD CORRESPONDENCE ROUTING SHEET*

NAME:  Edward Johnson  IDOC#:  B74742  FACILITY: None

Your letter was received by the Illinois Prisoner Review Board.  Below you will find a response to your request, or your correspondence may be attached returning it to you for the following reason (Please route your request accordingly):

☒ This request is out of the jurisdiction of the Illinois Prisoner Review Board.

☐ Time Calculations are done by the holding facility Records Office. Note:  The Board uses the *"date of occurrence"* for the violation date *NOT* the date of warrant issued or sentence date unless otherwise stated on board order.

☐ The Illinois Department of Corrections Transfer Coordinator handles Transfer requests/Electronic Home Monitoring program.

☐ Request for Meritorious Good Conduct Credits or denial of such credits should be directed to your counselor or the Transfer Coordinator's office at the Illinois Department of Corrections.  The Prisoner Review Board does not govern the Adjustment committee in-regards-to these credits.

☐ Illinois Department of Corrections' Administrative Review Board must submit request for Restoration of Good Conduct Credits to this office upon approval from the Institution.  Any request denied at either of those levels *CANNOT* be addressed by the PRB.

☐ Incorrect case information must be addressed with the Records Office of the holding facility.

☐ Your Parole Agent must request any changes to your Mandatory Supervised Release order in writing to this office.

PRB0000100



**STATE OF ILLINOIS**
**PRISONER REVIEW BOARD**
James Montgomery, Executive Director

☐ **55 and Older EHD:** 730 ILCS 5/5-8A-3 (d) A person serving a sentence for conviction of an offense other than for predatory criminal sexual assault of a child, aggravated criminal sexual assault, criminal sexual assault, aggravated criminal sexual abuse, or felony criminal sexual abuse, may be placed in an electronic home detention program for a period not to exceed the last 12 months of incarceration, provided that (i) the person is 55 years of age or older; (ii) the person is serving a determinate sentence; (iii) the person has served at least 25% of the sentenced prison term; and (iv) placement in an electronic home detention program is approved by the Prisoner Review Board. **At this time our office does not have a request from the Department.**

☐ **Elderly Rehabilitated Prisoner Supervised Release Program:** HB 3816 (730 ILCS 5/3-3-3.1 new) has not passed the General Assembly and is therefore not in effect.

☐ **Subsequent Early/Final Discharge Requests:** SB 423 (730 ILCS 5/3-3-8 (e)) Your request for early discharge has not been submitted by IDOC for review. Request submission from your Parole Agent with compliance documentation.

☑ **OTHER: Neither IDOC or PRB have any holds on you. Our records show that you are discharged from Il Department of Corrections.**

Date: 12/6/24

Angie
Liaison, Illinois Prisoner Review Board

PRB0000100

## *Offender Attributes*



Links ⬇   Suspend ☐

TOMIS ID   [ 00165254 ]   Johnson, Edward A.          Status   ACTV   Location   BCCX

Reset key fields

Inquire

Modify

FastPath
[            ]  Go

Emergency Notf    Military/Child Suprt   License/ID Issuance

Physical Info        Social Info        Offender Summary   Offender Location    Offender Other ID

**Alerts**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Active Detainer | N | **Escape** | Y | Sex Offnr | | Out to Court | | |
| | | **Incompatible** | Y | Actv ISC | N | Unprocessed Sent | N | |
| Mult./Child Rapist | N | Repeat Violent Offnr | N | | | TVDP | | |

|  | Years | Months | Days | |  |  |
|---|---|---|---|---|---|---|
| Minimum Sentence | | | | Life | Habitual | |
| Maximum Sentence | 8 | | | Life without Parole | | |
| Death | Date of Execution | | | DUI Mand Min | | |
| SED | 03/18/2006 | SV | 03/14/2007 | Probation Exp | | |
| RED | 10/18/2007 | MP | | CC Exp | | |
| PP | | EXP | 02/04/2013 | PERB CED | | |
| RP | | FXP | 01/05/2014 | PERB RED | | |
| Parole Eligibility Docket | | | | Parole Hearing Sched | | |
| Last Parole Hearing Type | PV | Parole Review | | Future Action Date | | |
| **Last Parole Hearing** | 05/07/2009 | | | Alt Rise Date | | |
| Last Prle Decision | RR | Recom, Past Release | | | | |

112A
——————
0
0
0
4
-2
0
0
0
4

Edwards Johnson 165254
Bledsoe County Correctional Complex
1045 Horsehead Rd
Pikeville TN 37367



RECEIVED
AUG 0 1 2025
US DISTRICT COURT
MID DIST TENN

United State District Court
Clerk of the court
719 Church st  Ste 1300
Nashville TN 37203

Legal mail

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS

Received
JUL 2 5 2025
BCCX Mailroom
Outgoing

Received
JUL 2 5 2025
BCCX Mailroom
Outgoing