Edward Johnson 165254

Bledsoe County Correctional complex

1045 Horsehead Rd

Pikeville TN 37367

7-24-25

RECEIVED
AUG 0 1 2025
US DISTRICT COURT
MID DIST TENN

Dear Clerk

Please find enclosed Plaintiff civil complaint for wrongful incarceration of an Absolute Citizen and form of paupers application

Please return notice of filing

Respectfully

Edward Johnson

Case 3:25-cv-00874     Document 1-2     Filed 08/01/25     Page 1 of 3 PageID #: 41

Edwards Johnson 165254
Bledsoe County Correctional Complex
1045 Horsehead Rd
Pikeville TN 37367

RECEIVED
AUG 01 2025
US DISTRICT COURT
MID DIST TENN



United State District Court
Clerk of the court
719 Church st Ste 1300
Nashville TN 37203

Legal mail

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS

Received
JUL 25 2025
BCCX Mailroom
Outgoing

Received
JUL 25 2025
BCCX Mailroom
Outgoing