Edward Johnson #165254
North West Correctional Complex Annex
960 State Rt. 212
Tiptonville, TN 38079

RE: Address Change Two Cases
CASE # 25-CV-00874 Johnson v Tenn. Dept. Corrections
CASE # 25-CV-00879 Johnson v Cobble

9-4-2025

Clerk

Please be advised that address of record for the above cases has been changed To the following Address

Edward Johnson 165254
Northwest Correctional Complex Annex
960 State RT 212
Tiptonville TN 38079

Respectfully
Edward Johnson

Edward Johnson 165254
NWCX
960 State RT 212
Tiptonville, TN 38079

Legal mail

Clerk U.S. District Court
719 Church St. Suite 1300
Nashville, Tennessee 37203

Department of Correction
NWCX has neither inspected
nor censored and is not
responsible for the contents

RECEIVED
SEP 12 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NWCX
OUTGOING LEGAL MAIL
SEP 05 2025

MEMPHIS TN 380
PM

quadient
FIRST-CLASS MAIL
IMI
$000.74
09/05/2025 ZIP 38079
043M31263494
US POSTAGE